


# Hoffman Employment Law, LLC

600 Jefferson Plaza Suite 204

Rockville, MD 20852

Phone: 301-251-3752 | Fax: 301-251-3753

Account Statement

Prepared for Heather Norris

Re: Plastic Surgery Services FLSA Claim

| | |
|---|---|
| Previous Balance | $0.00 |
| Current Charges | $28,238.90 |
| New Balance | $28,238.90 |
| | |
| Adjustments | $0.00 |
| | |
| Payments | $0.00 |
| Now Due | $28,238.90 |
| Trust Account | $0.00 |

# Hoffman Employment Law, LLC

600 Jefferson Plaza Suite 204
Rockville, MD 20852
Phone: 301-251-3752 | Fax: 301-251-3753

## PRE-BILL

Heather Norris

Invoice Date: February 06, 2020
Invoice Number: Pre-bill
Invoice Amount: $28,238.90

## Matter: Plastic Surgery Services FLSA Claim

**Attorney's Fees**

| | | | | |
|---|---|---|---|---|
| 2/19/2019 | Prepare and mail to Pl. Norris copy of letter of representation. | J.L. | .10 | $21.50 |
| 2/21/2019 | Review email communications between HBH and Pl. Norris re. details of employment and applicability of exemption. | J.L. | .10 | $21.50 |
| 2/22/2019 | Phone call w/ Pl. Norris re details of case and overview of going forward. | J.L. | .80 | $172.00 |
| 3/8/2019 | Review comm from client re status of matter. | H.B.H. | .10 | $40.00 |
| 3/11/2019 | Conference w/ GBH re. details of case for complaint drafting. | J.L. | .30 | $64.50 |
| 3/11/2019 | Conf. with JSL regarding underlying facts and legal theory of the case (.3);<br>Review case file, conduct legal research regarding FLSA overtime exemptions (2.4). | G.H. | 2.70 | $553.50 |
| 3/14/2019 | Conf. with HBH regarding client H. Norris's work duties and schedule (.2);<br>Draft complaint (4.4). | G.H. | 4.60 | $943.00 |
| 3/15/2019 | Review and respond to comm from H. Norris re status of withheld pay. | H.B.H. | .10 | $40.00 |
| 3/18/2019 | Draft civil cover sheet and summons for complaint. | G.H. | .20 | $41.00 |
| 3/19/2019 | Review and revise complaint, adding minimum wage claims. | G.H. | 1.00 | $205.00 |
| 3/20/2019 | Review HBH revisions to complaint, conf. with HBH regarding revisions (.1);<br>Review employee handbook provided by client as to work hours and employee pto (.1);<br>Review series of emails from client regarding first | G.H. | .90 | $184.50 |

| | | | | |
|---|---|---|---|---|
| | two weeks of pay, salary payments, and pto (.1); Review and revise final complaint, prepare documents for filing (.6). | | | |
| 3/21/2019 | Review filed complaint. | J.L. | .10 | $21.50 |
| 3/25/2019 | Review email from HBH to Pl. re. filing of lawsuit. | J.L. | .10 | $21.50 |
| 3/25/2019 | Draft memo to process server and prepare documents for service of lawsuit on Defendants. | G.H. | .20 | $41.00 |
| 3/27/2019 | Draft cover letters, and waiver of service documents for Defendants HG and PSS, prepare mailing of waiver of service documents and postage. | G.H. | 1.10 | $225.50 |
| 4/5/2019 | Draft Notice of Request of Rule 4(d) Waiver. | G.H. | .20 | $41.00 |
| 4/5/2019 | Draft comm to G. Herbers re notice of waivers re Rule 4(d) request. Review response. | H.B.H. | .10 | $40.00 |
| 4/10/2019 | Draft Notice of Request for Waiver of Service . | G.H. | .10 | $20.50 |
| 4/11/2019 | Review waivers of service filed on Defs. | J.L. | .10 | $21.50 |
| 4/24/2019 | Conference w/ HBH and SEK on case status and assignment of duties. | J.L. | .10 | $21.50 |
| 4/25/2019 | Tele conf with opposing counsel re waiver of service. | H.B.H. | .10 | $40.00 |
| 4/30/2019 | Review Case File: Pleadings and Rule 4(d) Notice/Waiver | S.K. | 1.10 | $225.50 |
| 5/14/2019 | Confer w/ SEK re. damage calculations. | J.L. | .30 | $64.50 |
| 5/14/2019 | Confer with JSL re: Damage Calculations | S.K. | .30 | $61.50 |
| 5/14/2019 | Call w/ Client re: Damages | S.K. | .30 | $61.50 |
| 5/14/2019 | Preparing Estimate of Damages | S.K. | .60 | $123.00 |
| 5/15/2019 | Confer w/ HBH re: Damage Calculations | S.K. | .60 | $123.00 |
| 5/15/2019 | Review comm. from client re status of matter. (.1 hrs). Confer with assoc atty (SK) re calculations re settlement; discuss salary. (.6 hrs). | H.B.H. | .70 | $280.00 |
| 5/15/2019 | Review comm from opposing counsel re waiver of service re corporate defendant; respond thereto. (.3 hrs). File waiver of service for individual defendant. (.1 hrs). | H.B.H. | .40 | $160.00 |
| 5/15/2019 | Review communications re: service | S.K. | .10 | $20.50 |
| 5/17/2019 | Review email from opposing counsel re. service, review pleadings file. | J.L. | .20 | $43.00 |
| 5/17/2019 | Review communications re: Service | S.K. | .20 | $41.00 |
| 5/23/2019 | Damage Calculations | S.K. | .80 | $164.00 |
| 5/28/2019 | Damage Calculations | S.K. | .30 | $61.50 |
| 5/28/2019 | Briefly review Answer filed by Defendants. | H.B.H. | .10 | $40.00 |
| 5/29/2019 | Entering Notice of Appearance | S.K. | .20 | $41.00 |
| 5/29/2019 | Review D's Answer | S.K. | .40 | $82.00 |
| 5/29/2019 | Drafting Demand Letter | S.K. | 1.80 | $369.00 |
| 5/29/2019 | Review notice from Court re corporate disclosure. | H.B.H. | .10 | $40.00 |
| 5/30/2019 | Confer w/ HBH re: Demand Letter | S.K. | .20 | $41.00 |
| 5/30/2019 | Drafting Demand Letter | S.K. | 1.10 | $225.50 |
| 5/30/2019 | Review and revise ltr re settlement issues and demand. Confer with associate atty (SK) Draft comm to opposing counsel attaching same; transmit. | H.B.H. | .80 | $320.00 |
| 5/31/2019 | Review demand letter to defendants | S.K. | .20 | $41.00 |
| 6/3/2019 | Drafting Lodestar Statement | S.K. | .40 | $82.00 |

| | | | | |
|---|---|---|---|---|
| 6/3/2019 | Review emails between HBH and SEK re. lodestar statements. | J.L. | .10 | $21.50 |
| 6/3/2019 | Review billing records. Draft comm to assoc atty re lodestar. Review lodestar; comm. with assoc atty re same. | H.B.H. | .20 | $80.00 |
| 6/5/2019 | Review 103.3 Disclosure Statement | S.K. | .10 | $20.50 |
| 6/16/2019 | Review Court correspondence. | H.B.H. | .10 | $40.00 |
| 6/24/2019 | Draft emails to client re: status update | S.K. | .20 | $41.00 |
| 6/24/2019 | Review comms. from court re: scheduling | S.K. | .10 | $20.50 |
| 6/24/2019 | Review comm re scheduling of conference. | H.B.H. | .10 | $40.00 |
| 6/25/2019 | Review Amended Answer | S.K. | .60 | $123.00 |
| 6/25/2019 | Review Amended Answer. | H.B.H. | .10 | $40.00 |
| 7/3/2019 | Confer w/ HBH and SEK re. case status. | J.L. | .10 | $21.50 |
| 7/3/2019 | Confer with associate attorneys re status of matter. | H.B.H. | .10 | $40.00 |
| 7/3/2019 | Confer w/ HBH and JSL re: case status and priorities | S.K. | .10 | $20.50 |
| 7/10/2019 | Review emails between SEK and opposing counsel re. scheduling for phone conference. | J.L. | .10 | $21.50 |
| 7/10/2019 | Email counsel re: conference | S.K. | .20 | $41.00 |
| 7/10/2019 | Review docs re: conference with counsel | S.K. | .40 | $82.00 |
| 7/10/2019 | Email counsel re: scheduling call | S.K. | .10 | $20.50 |
| 7/11/2019 | Confer w/ HBH and JSL re: scheduling | S.K. | .20 | $41.00 |
| 7/11/2019 | Confer w/ HBH and SEK re. scheduling in case. | J.L. | .20 | $43.00 |
| 7/12/2019 | Review email from SEK summarizing phone confer. w/ opposing counsel. | J.L. | .10 | $21.50 |
| 7/12/2019 | Call w/ counsel re: scheduling | S.K. | .20 | $41.00 |
| 7/12/2019 | Review docs re: scheduling | S.K. | .20 | $41.00 |
| 7/12/2019 | Confer w/ HBH re: scheduling | S.K. | .10 | $20.50 |
| 7/15/2019 | Review Redline Amended Answer | S.K. | .10 | $20.50 |
| 7/22/2019 | Review email from SEK re. summary of status conference w/ Court re. scheduling. | J.L. | .10 | $21.50 |
| 7/22/2019 | Review documents re: conference call with Judge Blake | S.K. | .20 | $41.00 |
| 7/22/2019 | Conference call w/ Judge Blake | S.K. | .10 | $20.50 |
| 7/22/2019 | Review/Calendar Scheduling Order | S.K. | .30 | $61.50 |
| 7/22/2019 | Draft email to client re: case update | S.K. | .10 | $20.50 |
| 7/23/2019 | Review email from SEK to Pl. Norris re. scheduling order and case status. | J.L. | .10 | $21.50 |
| 7/24/2019 | Draft email to counsel re: production of docs | S.K. | .10 | $20.50 |
| 7/24/2019 | Prepare/Outline written discovery | S.K. | 1.10 | $225.50 |
| 7/25/2019 | Draft Interrogs | S.K. | .80 | $164.00 |
| 7/26/2019 | Draft email to counsel re: request for documents | S.K. | .10 | $20.50 |
| 7/26/2019 | Review email from SEK to opposing counsel re. production of documents. | J.L. | .10 | $21.50 |
| 7/29/2019 | Review email and joint stipulation of enterprise coverage. | J.L. | .10 | $21.50 |
| 7/29/2019 | Draft Interrogs | S.K. | .50 | $102.50 |
| 7/29/2019 | Draft Joint Stip re: Enterprise Coverage | S.K. | .40 | $82.00 |
| 7/29/2019 | Draft email to counsel re: cooperative discovery and joint stip | S.K. | .20 | $41.00 |
| 7/29/2019 | Confer with SK re status of matter and discovery. | H.B.H. | .10 | $40.00 |

| | | | | |
|---|---|---|---|---|
| 7/30/2019 | Review email from counsel re: production of documents | S.K. | .10 | $20.50 |
| 7/31/2019 | Draft Interrogs | S.K. | .80 | $164.00 |
| 7/31/2019 | Review email from HBH to opposing counsel re. joint stipulation re. enterprise coverage. | J.L. | .10 | $21.50 |
| 7/31/2019 | Draft comm to counsel re enterprise stipulation. | H.B.H. | .20 | $80.00 |
| 8/1/2019 | Review email from counsel re: discovery | S.K. | .10 | $20.50 |
| 8/7/2019 | Draft follow up comm to opposing counsel re stipulation. | H.B.H. | .10 | $40.00 |
| 8/7/2019 | Draft Interrogatories to Garazo PA | S.K. | .80 | $164.00 |
| 8/7/2019 | Draft RPDs to Garazo PA | S.K. | 2.70 | $553.50 |
| 8/9/2019 | Review and revise Interrogatories and Request for Production of Docs. | H.B.H. | .70 | $280.00 |
| 8/9/2019 | Edit Interrogs | S.K. | .40 | $82.00 |
| 8/9/2019 | Edit RPDs to Garazo PA | S.K. | .50 | $102.50 |
| 8/9/2019 | Review and edit interrogatories and requests for production of documents. | J.L. | .60 | $129.00 |
| 8/9/2019 | Edit/Mail Interrogatories and RPDs to Defendants | S.K. | 1.30 | $266.50 |
| 8/26/2019 | Draft email to counsel re: proposed stipulation to enterprise coverage and request for dates for depositions. | S.K. | .20 | $41.00 |
| 8/29/2019 | Review emails between opposing counsel and HBH re. stipulating to enterprise and FLSA/MWHL coverage, and 30b6 deposition scheduling and topics. | J.L. | .10 | $21.50 |
| 8/29/2019 | Review email from counsel re: stipulating to enterprise coverage and scheduling depositions. | S.K. | .20 | $41.00 |
| 8/29/2019 | Review and respond with lengthy comm to opposing counsel (TG) re enterprise coverage issues. | H.B.H. | .30 | $120.00 |
| 9/4/2019 | Draft 30(b)(6) Notice of Depo of Corp. Designee. | S.K. | 1.20 | $246.00 |
| 9/4/2019 | Review email from opposing counsel to HBH re. enterprise coverage and proposed stipulation. | J.L. | .10 | $21.50 |
| 9/4/2019 | Comm with S. Kraff re corporate designee 30b6 notice; review and revise draft corporate designee notice. | H.B.H. | .50 | $200.00 |
| 9/5/2019 | Review email from HBH to opposing counsel re. stipulating to coverage.. | J.L. | .10 | $21.50 |
| 9/5/2019 | Review and respond to comm from opposing counsel re stipulation re FLSA coverage, depo scheduling, etc. | H.B.H. | .30 | $120.00 |
| 9/5/2019 | Review email from Goorevitz re: response to request for stip. | S.K. | .20 | $41.00 |
| 9/6/2019 | Finalize Request for Admissions; transmit via email and US mail. | H.B.H. | .10 | $40.00 |
| 9/9/2019 | Prepare copy of Complaint w/ comments of the Answer's response to each allegation .4<br><br>Prepare summary of Issues in Dispute 1.1 | T.J.M. | 1.50 | $225.00 |
| 9/9/2019 | Status Conference w/ HBH and SEK re. state of discovery responses and deadline. | J.L. | .10 | $21.50 |
| 9/9/2019 | Status Conference w/ HBH and JSL re. state of | S.K. | .10 | $20.50 |

| | | | | |
|---|---|---|---|---|
| | discovery responses and deadline. | | | |
| 9/9/2019 | Call w/ Norris re: case update and possible deposition dates. | S.K. | .20 | $41.00 |
| 9/10/2019 | Draft email to expert witness Kimel re: expert report. | S.K. | .10 | $20.50 |
| 9/11/2019 | Call w/ Expert Witness Kimel re: calculations for expert report. | S.K. | .20 | $41.00 |
| 9/12/2019 | Strategy confer w/ HBH and SEK re. scheduling depositions and strategy for discovery stonewall. | J.L. | .20 | $43.00 |
| 9/12/2019 | Strategy Conf. w/ HBH and JSL re: discovery responses and scheduling of depositions. | S.K. | .20 | $41.00 |
| 9/12/2019 | Review email from HBH to opposing counsel re. outstanding discovery and scheduling depo dates. | J.L. | .10 | $21.50 |
| 9/12/2019 | Review email from opposing counsel to HBH requesting extension to discovery response and depo date scheduling. | J.L. | .10 | $21.50 |
| 9/12/2019 | Draft comm to opposing counsel re outstanding discovery. | H.B.H. | .10 | $40.00 |
| 9/12/2019 | Review response from opposing counsel re discovery. | H.B.H. | .10 | $40.00 |
| 9/13/2019 | Review email from Goorevitz re: request for extension on discovery responses. | S.K. | .10 | $20.50 |
| 9/13/2019 | Draft email to Norris re: deposition dates. | S.K. | .10 | $20.50 |
| 9/16/2019 | Draft email to Kimel re: expert calculations. | S.K. | .10 | $20.50 |
| 9/16/2019 | Review email from HBH to opposing counsel re. objections, outstanding discovery and scheduling of 30b6 deposition. | J.L. | .10 | $21.50 |
| 9/16/2019 | Review emails between HBH and opposing counsel re. discovery production, enterprise coverage and deposition dates. | J.L. | .10 | $21.50 |
| 9/16/2019 | Review and respond to multi comm from opposing counsel re status of discovery. | H.B.H. | .60 | $240.00 |
| 9/16/2019 | Review email from Goorevitz re: responses to discovery and stipulation. | S.K. | .20 | $41.00 |
| 9/19/2019 | Call w/ Expert Mike Kimel re: expert calculations. | S.K. | .10 | $20.50 |
| 9/20/2019 | Review payroll records produced by Def. | S.K. | .30 | $61.50 |
| 9/23/2019 | Review email from Norris re: request for update. | S.K. | .10 | $20.50 |
| 9/23/2019 | Draft email to Norris re: case update and deposition dates. | S.K. | .10 | $20.50 |
| 9/23/2019 | Review wage/hour documents produced by Defendants | S.K. | 1.50 | $307.50 |
| 9/23/2019 | Review of email from HBH to opposing counsel re. outstanding discovery. | J.L. | .10 | $21.50 |
| 9/23/2019 | Draft comm to opposing counsel re extension to discovery. | H.B.H. | .10 | $40.00 |
| 9/23/2019 | Briefly review payroll records produced. | H.B.H. | .20 | $80.00 |
| 9/24/2019 | Review email from SEK re. procedures for discovery dispute conference call with Judge Blake. | J.L. | .10 | $21.50 |
| 9/24/2019 | Status Conference w/ HBH and SEK re status of discovery and need for extension of time. | J.L. | .10 | $21.50 |
| 9/24/2019 | Status conf with associates re needs of case. | H.B.H. | .10 | $40.00 |

| | | | | |
|---|---|---|---|---|
| 9/24/2019 | Status Conference w/ HBH and JSL re: status of discovery and need for extension of time. | S.K. | .10 | $20.50 |
| 9/24/2019 | Two calls with Judge Blake's chambers re: procedure for discovery disputes. | S.K. | .20 | $41.00 |
| 9/24/2019 | Draft Motion to Extend Scheduling Order. | S.K. | .80 | $164.00 |
| 9/25/2019 | Call w/ Norris re: Defendants' production of documents. | S.K. | .30 | $61.50 |
| 9/25/2019 | Review wage/hour documents produced by Defendants and record deficiencies and gaps in production. | S.K. | 1.20 | $246.00 |
| 9/25/2019 | Email expert Kimel re: extension on expert deadline. | S.K. | .10 | $20.50 |
| 9/25/2019 | Create Spreadsheet to preliminary calculate total overtime worked by Norris. | S.K. | .30 | $61.50 |
| 9/25/2019 | Draft Mot. to Ext. Sched. Order. | S.K. | 1.30 | $266.50 |
| 9/25/2019 | Review history of communications between counsel to reference in Mot. to Extend and notes for Mot. for Sanctions. | S.K. | .80 | $164.00 |
| 9/25/2019 | Review Motion for Extension of Time by assoc atty; revise same. Confer with S. Kraff re same. | H.B.H. | .50 | $200.00 |
| 9/26/2019 | Draft Mot. for Sanctions | S.K. | 1.00 | $205.00 |
| 9/27/2019 | Review motions for sanctions. | J.L. | .10 | $21.50 |
| 9/27/2019 | Document Review Conference w/ HBH re: edits to Motion for Sanctions | S.K. | .40 | $82.00 |
| 9/27/2019 | Draft Motion for Sanctions and Prop. Order | S.K. | 1.60 | $328.00 |
| 9/27/2019 | Review and revise Motion for Sanctions; confer with S. Kraff re same. | H.B.H. | .80 | $320.00 |
| 9/30/2019 | Review email from Goorevitz re recent Motions and failure to respond. | S.K. | .30 | $61.50 |
| 10/3/2019 | Draft email to Norris re: update and review of wage/hour documents. | S.K. | .20 | $41.00 |
| 10/3/2019 | Review email from opposing counsel re. mot. for sanctions, discovery production, and lodestar statement. | J.L. | .10 | $21.50 |
| 10/3/2019 | Review email from Goorevitz re: follow up on email. | S.K. | .10 | $20.50 |
| 10/3/2019 | Review comm from opposing counsel re status of matter. | H.B.H. | .10 | $40.00 |
| 10/4/2019 | Call w/ Goorevitz re: response to Mot. for Extension and Mot. for Sanctions | S.K. | .20 | $41.00 |
| 10/4/2019 | Review amended scheduling order. | J.L. | .10 | $21.50 |
| 10/4/2019 | Review time sheets produced by Norris. | S.K. | .70 | $143.50 |
| 10/4/2019 | Review wage and hour documents from Defendants and compare with time sheets provided by Norris. | S.K. | .50 | $102.50 |
| 10/4/2019 | Review Billing time and draft Lodestar Statement. | S.K. | .50 | $102.50 |
| 10/4/2019 | Review email from Norris re: review of documents. | S.K. | .10 | $20.50 |
| 10/4/2019 | Direction Conference w/ HBH re: status of Defendants' discovery. | S.K. | .20 | $41.00 |
| 10/4/2019 | Calendar Dates in Amended Scheduling Order. | S.K. | .20 | $41.00 |
| 10/4/2019 | Call w/ Norris re: review of wage and hour documents. | S.K. | .20 | $41.00 |
| 10/4/2019 | Confer with S. Kraff re tele conf with T. Goorevitz. | H.B.H. | .10 | $40.00 |

| | | | | |
|---|---|---|---|---|
| 10/4/2019 | Review billing records; confer with S. Kraff re prep of lodestar statement. Review draft lodestar statement; review comm from S. Kraff to T. Goorevitz re same. | H.B.H. | .30 | $120.00 |
| 10/4/2019 | Review Order granting Motion to Extend SO. | H.B.H. | .10 | $40.00 |
| 10/7/2019 | Review Def's responses to RFAs. | S.K. | .20 | $41.00 |
| 10/9/2019 | Review emails between opposing counsel and HBH re. damage calculations, document production and settlement. | J.L. | .10 | $21.50 |
| 10/9/2019 | Review and respond to multi comm from opposing counsel re status of matter. | H.B.H. | .10 | $40.00 |
| 10/9/2019 | Review draft stipulated extension; draft comm re same. | H.B.H. | .10 | $40.00 |
| 10/10/2019 | Review consent motion to extend time to reply to motion for sanctions. | J.L. | .10 | $21.50 |
| 10/10/2019 | Review Order granting consent extension. | H.B.H. | .10 | $40.00 |
| 10/10/2019 | Review filing of consent motion for extension of time. | H.B.H. | .10 | $40.00 |
| 10/10/2019 | Review email from Goorevitz re: review of documents. | S.K. | .20 | $41.00 |
| 10/10/2019 | Review email from Goorevitz re: gap in records and settlement offer. | S.K. | .20 | $41.00 |
| 10/10/2019 | Review email from Goorevitz re: Mot. for Extension. | S.K. | .10 | $20.50 |
| 10/10/2019 | Review Con. MTE | S.K. | .20 | $41.00 |
| 10/10/2019 | Review order granting MTE. | S.K. | .10 | $20.50 |
| 10/16/2019 | Phone conference w/ HBH and Norris re: review of documents and settlement offer. | S.K. | .30 | $61.50 |
| 10/16/2019 | Tele conf with client re settlement offer; confer re facts. | H.B.H. | .40 | $160.00 |
| 10/18/2019 | Review opposition to motion for sanctions. | J.L. | .20 | $43.00 |
| 10/18/2019 | Review Answers to Interrogs and RPDs from Defendants. | S.K. | .50 | $102.50 |
| 10/18/2019 | Review Opposition to Motion for Sanctions. | S.K. | .40 | $82.00 |
| 10/18/2019 | Review additional document production from Defendants. | S.K. | 1.10 | $225.50 |
| 10/21/2019 | Call w/ Expert Kimel re: damage calculations and drafting expert report. | S.K. | .30 | $61.50 |
| 10/21/2019 | Review additional document production from Defendants. | S.K. | 1.70 | $348.50 |
| 10/21/2019 | Call w/ Norris re: wage and hour records. | S.K. | .20 | $41.00 |
| 10/21/2019 | Draft 3 emails to Norris re: review of documents and status update. | S.K. | .30 | $61.50 |
| 10/21/2019 | Review answers to Interrogs and RPDs from Defendants. | S.K. | 1.10 | $225.50 |
| 10/22/2019 | Call w/ Mikki re expert report data. | S.K. | .20 | $41.00 |
| 10/22/2019 | 2 calls with expert Kimel re: expert report and calculations. | S.K. | .40 | $82.00 |
| 10/22/2019 | Review data for damage calculations for Plaintiff and provide edits to expert Kimel. | S.K. | .90 | $184.50 |
| 10/22/2019 | Call with Norris re: estimations of hours worked for | S.K. | .30 | $61.50 |

| | | | | |
|---|---|---|---|---|
| | damage calculations. | | | |
| 10/22/2019 | Review first draft spreadsheet prepared by expert Kimel and note edits needed. | S.K. | .50 | $102.50 |
| 10/22/2019 | Review emails from Plaintiff Norris re: recollections of hours worked. | S.K. | .30 | $61.50 |
| 10/22/2019 | Create spreadsheet of Plaintiff's recollections of hours worked to send to expert witness for use in calculations. | S.K. | .60 | $123.00 |
| 10/23/2019 | Review draft expert report prepared by Kimel. | S.K. | .50 | $102.50 |
| 10/23/2019 | Call w/ Expert Kimel re: review of calculations spreadsheet and required edits. | S.K. | .40 | $82.00 |
| 10/23/2019 | 5 calls w/ Expert Kimel re: edits to calculations and fixes to data therein. | S.K. | .70 | $143.50 |
| 10/23/2019 | Review calculations spreadsheet prepared by Kimel, test for accuracy, and provide corrections to Kimel. | S.K. | 1.10 | $225.50 |
| 10/23/2019 | Review expert report and provide final edits to Kimel. | S.K. | .30 | $61.50 |
| 10/23/2019 | Review additional documents provided by Norris re: damage calculations. | S.K. | .40 | $82.00 |
| 10/23/2019 | Draft email to Norris re: update and damage calculations. | S.K. | .10 | $20.50 |
| 10/23/2019 | Draft Plaintiff's Expert Designation. | S.K. | .20 | $41.00 |
| 10/23/2019 | Finalize and sent expert report and Plaintiff's expert designation to Defendants. | S.K. | .40 | $82.00 |
| 10/24/2019 | Status Conf. w/ HBH, JSL, and SEK re: case status and need to file request for jury trial. | T.J.M. | .10 | $15.00 |
| 10/24/2019 | Status Conf. w/ HBH, SEK, and TJM re: case status and need to file request for jury trial. | J.L. | .10 | $21.50 |
| 10/24/2019 | Status Conf. w/ HBH, JSL, and TJM re: case status and need to file request for jury trial. | S.K. | .10 | $20.50 |
| 10/30/2019 | Draft letter re: settlement demand. | S.K. | .70 | $143.50 |
| 10/31/2019 | Strategy Conf. w/ HBH, JSL, andSEK re: settlement demand and reply to opp to motion for sanctions. | T.J.M. | .10 | $15.00 |
| 10/31/2019 | Strategy Conf. w/ HBH, JSL, and TJM re: settlement demand and reply to opp to motion for sanctions. | J.L. | .10 | $21.50 |
| 10/31/2019 | Strategy Conf. w/ HBH, JSL, and TJM re: settlement demand and reply to opp to motion for sanctions. | S.K. | .10 | $20.50 |
| 11/1/2019 | Draft Reply to Opp to Mot for Sanctions. | S.K. | 1.60 | $328.00 |
| 11/1/2019 | Review Opp to Mot for Sanctions and outline reply. | S.K. | .70 | $143.50 |
| 11/1/2019 | Document Review Conf. w/ HBH re: Reply to Opp to Mot for Sanctions. | S.K. | 1.20 | $246.00 |
| 11/1/2019 | Finalize/File Reply to Opp to Mot for Sanctions | S.K. | .20 | $41.00 |
| 11/5/2019 | Review and revise settlement demand letter; forward to opposing counsel. | H.B.H. | .50 | $200.00 |
| 11/5/2019 | Draft email to Norris re: case status update. | S.K. | .20 | $41.00 |
| 11/5/2019 | Review email from Norris re: request for update. | S.K. | .10 | $20.50 |
| 11/13/2019 | Review emails between HBH and opposing counsel re. settlement negotiations and offers. | J.L. | .10 | $21.50 |
| 11/13/2019 | Review email from Goorevitz re: settlement. | S.K. | .10 | $20.50 |

| | | | | |
|---|---|---|---|---|
| 11/13/2019 | Review case status and status of settlement discussions. | S.K. | .30 | $61.50 |
| 11/18/2019 | Review email from Goorevitz re: settlement call. | S.K. | .10 | $20.50 |
| 11/25/2019 | Review email from opposing counsel re. settlement. | J.L. | .10 | $21.50 |
| 11/25/2019 | Review email from Goorevitz re: call to discuss settlement. | S.K. | .10 | $20.50 |
| 11/26/2019 | Conf with S. Kraff re discovery status and production. | H.B.H. | .20 | $80.00 |
| 11/26/2019 | Strategy Conf. w/ HBH re: settlement demand and deficiencies in Defendants' production. | S.K. | .20 | $41.00 |
| 12/2/2019 | Review email from SEK to opposing counsel re. settlement discussions. | J.L. | .10 | $21.50 |
| 12/2/2019 | Review and revise 30b6 notice. Draft notice of depo re Garazo. Draft second set of interrogs. Draft second set of RPDs. Prepare in final. | H.B.H. | .80 | $320.00 |
| 12/2/2019 | Multi conf with SK re settlement offer; review comm from opposing counsel. Draft comm. to opposing counsel re status of settlement. | H.B.H. | .60 | $240.00 |
| 12/2/2019 | Multi comm with client re status of matter (fact claims and settlement). | H.B.H. | .50 | $200.00 |
| 12/2/2019 | Call w/ Goorevitz re: settlement and production of documents. | S.K. | .30 | $61.50 |
| 12/2/2019 | Strategy Conf. w/ HBH re: settlement offer, case status, drafting notice of deposition, and sending email to Goorevitz re: same. | S.K. | .90 | $184.50 |
| 12/2/2019 | Review email from Goorevitz re: follow up to phone call | S.K. | .10 | $20.50 |
| 12/5/2019 | Review email from opposing counsel re. settlement offer, deposition dates, and document production. | J.L. | .10 | $21.50 |
| 12/5/2019 | Review email from Goorevitz re: settlement and depositions. | S.K. | .10 | $20.50 |
| 12/5/2019 | Review Interrogs from Def Garazo, Interrogs from Def Plastic Surgery, and RPDs from Defendants. | S.K. | 1.50 | $307.50 |
| 12/5/2019 | Review comm from T. Goorevitz re settlement status. | H.B.H. | .10 | $40.00 |
| 12/5/2019 | Review comm from defense attaching written discovery; review written discovery. | H.B.H. | .30 | $120.00 |
| 12/10/2019 | Call w/ Mike Kimel re: need for supplemental report. | S.K. | .20 | $41.00 |
| 12/11/2019 | Strategy Conf. w/ HBH re: Defendants' production and possible need for subpeona. | S.K. | .40 | $82.00 |
| 12/11/2019 | Review additional document production from Defendants. | S.K. | .40 | $82.00 |
| 12/11/2019 | Draft email to Norris re: case update and deposition dates. | S.K. | .10 | $20.50 |
| 12/11/2019 | Call w/ Plaintiff Norris re: case update and deposition dates. | S.K. | .30 | $61.50 |
| 12/11/2019 | Draft email to Goorevitz re: gap in records. | S.K. | .10 | $20.50 |
| 12/12/2019 | Strategy Conf. w/ HBH re: settlement offer and Defendants' production. | S.K. | .20 | $41.00 |
| 12/12/2019 | Review additional document production from | S.K. | .60 | $123.00 |

| | | | | |
|---|---|---|---|---|
| | Defendants. | | | |
| 12/12/2019 | Create damage calculations for settlement based on new document production from Defendants. | S.K. | .70 | $143.50 |
| 12/12/2019 | Review email from Goorevitz re: additional production. | S.K. | .10 | $20.50 |
| 12/12/2019 | Review and edit joint motion to amend scheduling order. | J.L. | .10 | $21.50 |
| 12/12/2019 | Review email from SEK to opposing counsel re. amending scheduling order and counter-offer. | J.L. | .10 | $21.50 |
| 12/12/2019 | Review comms from counsel; multi confs with S Kraff re status of matter. | H.B.H. | .50 | $200.00 |
| 12/12/2019 | Draft email to Goorevitz re: settlement demand + confer w/ HBH and content of email. | S.K. | .30 | $61.50 |
| 12/12/2019 | Draft Jt Mot to Extend Sched Order | S.K. | .40 | $82.00 |
| 12/13/2019 | Call w/ Norris re: new production from def. | S.K. | .20 | $41.00 |
| 12/16/2019 | Review email from opposing counsel re. consent for extension and depo scheduling. | J.L. | .10 | $21.50 |
| 12/16/2019 | Review email from Goorevitz re: consent to extension. | S.K. | .10 | $20.50 |
| 12/16/2019 | Edit, finalize, and file Jt Mot. for Extension. | S.K. | .50 | $102.50 |
| 12/16/2019 | Review email from Norris re: new information found. | S.K. | .10 | $20.50 |
| 12/17/2019 | Review email from HBH to opposing counsel re. settlement demands. | J.L. | .10 | $21.50 |
| 12/17/2019 | Review email from Goorevitz re: settlement offer. | S.K. | .10 | $20.50 |
| 12/17/2019 | Strategy Conf. w/ HBH re: damage calculations and settlement offer. | S.K. | .40 | $82.00 |
| 12/17/2019 | Review damage calculations and expert report and determine proper settlement demand amount. | S.K. | 1.20 | $246.00 |
| 12/17/2019 | Review and respond to opposing counsel with settlement communication. | H.B.H. | .30 | $120.00 |
| 12/18/2019 | Review and calendar second amended scheduling order. | J.L. | .10 | $21.50 |
| 12/18/2019 | Review Second Amended Sched. Order and Calendar Dates | S.K. | .30 | $61.50 |
| 12/18/2019 | Review Order extending discovery. | H.B.H. | .10 | $40.00 |
| 12/20/2019 | Call w/ Expert Kimel re: supplemental expert report. | S.K. | .10 | $20.50 |
| 12/20/2019 | Strategy Conf. w/ HBH and JSL re: settlement demand. | S.K. | .10 | $20.50 |
| 12/20/2019 | Strategy Conf. w/ HBH and SEK re: settlement demand. | J.L. | .10 | $21.50 |
| 12/20/2019 | Review settlement comm from opposing counsel; strategy conf with associates re response. | H.B.H. | .30 | $120.00 |
| 12/23/2019 | Review email from HBH to opposing counsel re. attorneys' fees demand. | J.L. | .10 | $21.50 |
| 12/23/2019 | Review billing records and confer with assoc atty SK. Draft comm re offer to settle attorneys fees and costs. | H.B.H. | .50 | $200.00 |
| 12/23/2019 | Strategy Conf. w/ HBH re: settlement + draft response to Goorevitz. | S.K. | .50 | $102.50 |
| 12/30/2019 | Review email between HBH and opposing counsel | J.L. | .10 | $21.50 |

| | | | | |
|---|---|---|---|---|
| | re. settlement and scheduling of depo. | | | |
| 12/30/2019 | Draft comm to TG re status of fee settlement. | H.B.H. | .10 | $40.00 |
| 12/30/2019 | Strategy Conf. w/ HBH re: settlement status. | S.K. | .30 | $61.50 |
| 12/31/2019 | Review emails between opposing counsel and HBH re. settlement of attorneys' fees. | J.L. | .10 | $21.50 |
| 12/31/2019 | Review and draft multi comm with opposing counsel re status of matter. | H.B.H. | .60 | $240.00 |
| 12/31/2019 | Review email from Goorevitz re: settlement. | S.K. | .20 | $41.00 |
| 12/31/2019 | Strategy Conf. w/ HBH re: settlement. | S.K. | .30 | $61.50 |
| 12/31/2019 | Review email from HBH to Norris re: settlement. | S.K. | .10 | $20.50 |
| 12/31/2019 | Review 2nd email from Goorevitz re: settlement. | S.K. | .10 | $20.50 |
| 1/2/2020 | Strategy Conf. w/ HBH re: settlement demand and response to Defendants. | S.K. | .90 | $184.50 |
| 1/2/2020 | Review emails between HBH and opposing counsel re. further issues re. attorneys' fees and costs. | J.L. | .10 | $21.50 |
| 1/2/2020 | Review email from Goorevitz re: settlement offer. | S.K. | .10 | $20.50 |
| 1/2/2020 | Strategy Conf. w/ HBH re: settlement offer. | S.K. | .20 | $41.00 |
| 1/2/2020 | Review 2nd email from Goorevitz re: settlement offer. | S.K. | .20 | $41.00 |
| 1/2/2020 | Strategy Conf. w/ HBH re: settlement demands and response to Defendants' offer. | S.K. | .80 | $164.00 |
| 1/2/2020 | Review billed hours and prepare sorted pre-bill. | S.K. | .40 | $82.00 |
| 1/2/2020 | Review 3rd and 4th emails from Goorevitz re: settlement | S.K. | .20 | $41.00 |
| 1/3/2020 | Review email from Goorevitz re: accepting settlement offer. | S.K. | .10 | $20.50 |
| 1/3/2020 | Review comm from opposing counsel re acceptance re fee/costs. | H.B.H. | .10 | $40.00 |
| 1/6/2020 | Draft Settlement Agreement | T.J.M. | .80 | $120.00 |
| 1/6/2020 | Draft Joint motion for Approval of Settlement and proposed order | T.J.M. | 1.20 | $180.00 |
| 1/6/2020 | Strategy Conf. w/ TJM re: Norris settlement documents. | S.K. | .20 | $41.00 |
| 1/7/2020 | Review email from SEK to Pl. Norris re. settlement of case. | J.L. | .10 | $21.50 |
| 1/7/2020 | Draft email to Norris re: settlement. | S.K. | .10 | $20.50 |
| 1/8/2020 | Review email from HBH to opposing counsel w/ draft settlement agreement. | J.L. | .10 | $21.50 |
| 1/9/2020 | Review settlement agreement and Mot. to approve. | S.K. | .30 | $61.50 |
| 1/15/2020 | Review email from opposing counsel re. settlement agreement and release. | J.L. | .10 | $21.50 |
| 1/15/2020 | Edit/revise Motion to Approve Settlement. | S.K. | .40 | $82.00 |
| 1/15/2020 | Review email from Goorevitz re: settlement. | S.K. | .10 | $20.50 |
| 1/15/2020 | Review file materials; revise Motion for Approval. Comm with SK re same. | H.B.H. | .60 | $240.00 |
| 1/16/2020 | Review email from Norris re: settlement update + draft reply with update. | S.K. | .20 | $41.00 |
| 1/21/2020 | Review revisions to settlement agreement and motion. | J.L. | .10 | $21.50 |
| 1/24/2020 | Review email from HBH to opposing counsel re. edits to settlement agreement. | J.L. | .10 | $21.50 |

| | | | | |
|---|---|---|---|---|
| 1/24/2020 | Review edits to settlement agreement and proposed Joint Motion. Draft comm to opposing counsel re same. | H.B.H. | .80 | $320.00 |
| 1/29/2020 | Review email from HBH to Pl. Norris re. settlement agreement. | J.L. | .10 | $21.50 |
| 1/30/2020 | Review email from HBH to opposing counsel re. signed settlement agreement. | J.L. | .10 | $21.50 |
| 1/30/2020 | Draft comm to opposing counsel; transmit signed settlement agreement. | H.B.H. | .20 | $80.00 |
| 2/3/2020 | Review email from HBH to opposing counsel re. signature on settlement documents. | J.L. | .10 | $21.50 |
| 2/3/2020 | Review emails from opposing counsel re. signed settlement agreement. | J.L. | .10 | $21.50 |
| 2/3/2020 | Status confer w/ HBH and SEK re. status of settlement. | J.L. | .10 | $21.50 |
| 2/6/2020 | Draft Declaration re settlement/fees. Revise Jt. Motion for Approval. File same via ECF. | H.B.H. | 1.30 | $520.00 |
| 2/6/2020 | Draft declaration for motion for settlement. | J.L. | .20 | $43.00 |
| SUBTOTAL: | | | 114.80 | $26,869.00 |

**Costs**

| | | |
|---|---|---|
| 3/21/2019 | Filing Fee | $400.00 |
| 3/27/2019 | Postage for 4(d) waiver of service. | $14.90 |
| 11/19/2019 | Expert Witness | $955.00 |
| SUBTOTAL: | | $1,369.90 |

**Matter Ledgers**

SUBTOTAL:

**Trust Account**

| | | |
|---|---|---|
| 2/6/2020 | Previous Balance | $0.00 |
| Available in Trust: | | $0.00 |

TOTAL $28,238.90

PREVIOUS BALANCE DUE $0.00

CURRENT BALANCE DUE AND OWING $28,238.90